IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  May 9, 2014 |
| Court Reporter:       Gwen Daniel | Probation: Darren Streich |
| | Interpreter: Cathy Bahr |

_____

| | |
|---|---|
| Criminal Action No.  14-cr-00077-WJM | *Counsel:* |
|                                   13-cr-00449-WJM | |
| UNITED STATES OF AMERICA, | Mark J. Barrett |
|       Plaintiff, | |
| v. | |
| JESUS CAMPOS-TAPIA, | Matthew C. Golla |
|       Defendant. | |

_____

**COURTROOM MINUTES**
_____

Hearings:   Violation of Supervised Release in 14-cr-00077-WJM
                  Sentencing in 13-cr-00449-WJM


Violation of Supervised Release in 14-cr-00077-WJM

10:00 a.m.    Court in Session

Defendant present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Defendant sworn and answers true name.

1

Defendant understands and ADMITS to Allegation No. 1 of the Supervised Release Violation Report.

Defendant advised of the possible penalties and consequences.

Defendant's constitutional rights explained.

Defendant is advised of right to a hearing.

Sentencing Statement by Mr. Barrett

Sentencing Statement by Mr. Golla

Defendant's Allocution

Court's findings entered on the record.

The Court FINDS that the defendant has violated the conditions of supervised release.

**ORDERED:   The defendant's Supervised Release is revoked and he is committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve months.**

**This custodial sentence shall be served concurrently by the defendant with the sentence to be imposed in 13-cr-449.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**No further period of supervised release is ordered in this case.**

Defendant advised of his right to appeal the sentence just imposed, and in very limited circumstances, his conviction by admission on the violation charged in the Supervised Release Violation Report.

10:31 Violation of Supervised Release Hearing concluded

10:31  Sentencing Hearing commences in 13-cr-00449-WJM

    Sentencing Statement by Mr. Barrett

    Sentencing Statement by Mr. Golla

**ORDERED:**   **There being no objection, the Government's oral motion for an additional one level reduction in the offense level for acceptance of responsibility is GRANTED.**

Defendant waives his right to Allocution

The Court addresses the Defendant's Motion for a Sentence Variance Below the Advisory Guideline Range [20].

**ORDERED:**   **Defendant's Motion for a Sentence Variance Below the Advisory Guideline Range [20] is DENIED BEYOND THE ONE-LEVEL DECREASE IN THE OFFENSE LEVEL TO WHICH THE PARTIES HAVE STIPULATED.**

Defendant plead guilty to Count One of the Indictment on February 18, 2014.

**ORDERED:**   **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Jesus Campos-Tapia, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 33 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**ORDERED:**   **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The mandatory drug testing provisions of § 3563(a)(5) are WAIVED because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

> **The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16911, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.**

**ORDERED: Special Conditions of Supervised Release:**

> 1. If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return.

**ORDERED: The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED: Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

11:00 a.m.   Court in Recess
             Hearing concluded
             Supervised Release Hearing:  30 minutes
             Sentencing Hearing: 30 minutes